IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07-3192-CV-S-DW |
| PAUL NICHOLSON d/b/a CUSTOM TREE SERVICES, and DENNIS P. TUMMONS, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Before the Court is the Plaintiff's Motion for Voluntary Dismissal with Prejudice (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.


Date:   February 8, 2008                                /s/ Dean Whipple
                                                                    Dean Whipple
                                                        United States District Judge